# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

STEPHEN EARL MESERVE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3708

_____

September 27, 2023

Appeal from the County Court for Pinellas County; Kathleen T. Hessinger, Judge.

Howard L. Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

KHOUZAM, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.